UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7459

LAKEITH BYRON BROWN,

Plaintiff - Appellant,

versus

ALTON BASKERVILLE; G. WASHINGTON; E. BARKS-
DALE; T. RAY; S. HILL; A. JOHNSON; E. GRAHAM;
L. CEI; S. MCNAMARA; R. BARLOW; T. NEUMAYER;
S. V. PREUTTE; R. HILDEBRAND,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-01-10)

Submitted:  November 8, 2001        Decided:  November 20, 2001

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lakeith Byorn Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lakeith Byron Brown appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brown v. Baskerville, No. CA-01-10 (E.D. Va. June 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2